Clerk.
Court of Appeals.
Seventh District of Texas.
501 S. Filmore, Suite 2-A
Amarillo, Texas 79101-2449.

4-7-15.



SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Re: 07-15-00090-CV.
  Evangelos Pagonis v Catherine Thomas.

Dear Honourable Clerk Long.

    I am enquiring to as if the court has received And accepted the documents that where filed. I also request if possible to received copy's of the clerk's records. I am wondering about the criminal docket sheet that was supplied and returned was it correctly filled in. I ask pursuant to Rule App. P. 34.5(H).

    34.5(H). clerk may consult with parties, the clerk may consult with the parties concerning the contents of the clerk's records.

    Thank you for your time.

                          Sincerely.
                          Evangelos Pagonis

1626253
Evan Asonis
Dalhart Unit
1950 fm 998
Dalhart Tx 79022

Legal

Clerk
Court of Appeals
Seventh District of Texas
501 S. Filmore, Suite 2-A
Amarillo, Tx 79101-2449

FOREVER USA